IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

HARDIE VERTRAIN SIMS, JR.,           )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )        CV-97-BU-0533-M
                                     )
SERGEANT GARY MALONE, ET AL.,        )
                                     )
        Defendants.                  )        **ENTERED**
                                              IIN 2 9 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 9, 1999, recommending

that the defendants' motion for summary judgment be granted and this cause be dismissed with

prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Court is of the opinion that the magistrate judge's

report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court

EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are

entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is

due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final

Judgment will be entered.

DONE this the 28th day of June, 1999.

_____
H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE

22